**U.S. Department of Homeland Security**

**United States Coast Guard**



Commander
United States Coast Guard
Sector San Juan

5 Calle La Puntilla
San Juan, PR 00901
Staff Symbol: s
Phone: (787) 729-2300
Email: Luis.J.Rodriguez@uscg.mil

16670
P 218-25
July 2, 2025

To Master, Owner, Agent, or Person in Charge:

## CAPTAIN OF THE PORT ORDER #218-25: ENERGOS PRINCESS (IMO # 9253715)

By the authority of the Ports and Waterways Safety Act, 46 United States Code (U.S.C.) § 70002, and Title 33, Code of Federal Regulations (CFR), Part 160, vested in me as Captain of the Port (COTP), I hereby issue this order.

I have received an Advanced Notice of Arrival for the subject vessel. After review of your vessel's characteristics, and through consultation with local subject matter experts, it is clear the transit of your vessel through this waterway presents unique challenges for vessel navigation, requiring careful consideration of factors such as waterway current, vessel maneuvering capabilities, visibility, and wind. As such, I issue the following conditions:

1- Transits shall only take place between sunrise and sunset, and in the absence of any reduced visibility conditions.
2- Transit, docking, undocking, and shifting within the port shall only take place when prevailing sustained wind is less than 10 knots and gusts are less than 15 knots.
3- Transit, docking, undocking, and shifting within the port shall only take place with escort-rated tugs of sufficient horsepower and bollard pull to the satisfaction of the pilot.
4- Per 33 CFR § 165.754, a safety zone will be enforced during the transit, docking, undocking, and while the vessel is moored. While moored, escort-rated tugs of sufficient horsepower and bollard pull must be readily crewed and available to adequately respond to any incident which may pose a hazard to the moored vessel during the transit of other vessel traffic through the safety zone.
5- Any uncoordinated breach of the safety zone must be immediately notified to the Sector San Juan Command Center on VHF-FM channels 16 or 22A.

### PENALTY FOR VIOLATING THIS ORDER

Title 46 USC § 70036 provides for penalties to any person who violates this order. The statute authorizes a maximum civil penalty in the amount of $117,608, as adjusted by the Federal Civil Penalties Inflation Adjustment Act, as amended, for each day of a continuing violation. A willful and knowing violation of this order may also be tried as a Class D felony.

### APPEAL OF THIS ORDER

Should you be aggrieved by this order, you may appeal under the procedures described in 33 CFR § 160.7, and request reconsideration orally or in writing to me directly. Should you be further aggrieved, appeal orally or in writing through this office to the Commander, Seventh Coast Guard District.

However, if the appeal is made orally, a written submission is required within five days of the oral presentation. While any request or appeal is pending, all provisions of this order remain in effect.

## COAST GUARD POINT OF CONTACT FOR THIS ORDER

All questions pertaining to this order may be directed to the Sector Command Center at 787-289-2044.

## TERMINATION OF THIS ORDER

This order will remain in effect until released by me in writing. The Sector Command Center will inform you when I have issued the release for this order.

Sincerely,

Digitally signed by
RODRIGUEZ.LUIS.J.1183470937
Date: 2025.07.02 15:10:12 -04'00'

Luis J. Rodríguez
Captain, U.S. Coast Guard
Captain of the Port, San Juan

Received by: _____    Position: _____

Date: _____    Time: _____