# United States Court of Appeals
## For the First Circuit

No. 25-1923

CAPTAIN JACOB ELMSTROM; CAPTAIN TOMAS BUSTO-ALVAREZ; CAPTAIN CARLOS EDUARDO RAMOS; CAPTAIN RICHARD FLYNN; CAPTAIN PATRICK LOPEZ; CAPTAIN KENNETH RAY DIAZ; CAPTAIN CARLOS GUITERREZ; SAN JUAN BAY PILOTS CORP.,

Plaintiffs - Appellees,

v.

NFENERGIA LLC,

Defendant - Appellant,

PUERTO RICO HARBOR PILOT COMMISSION; JESSICA NECO-MORALES,

Defendants.

Before

Barron, Chief Judge,
Montecalvo and Aframe, Circuit Judges.

**ORDER OF COURT**

Entered: September 28, 2025

Defendant-appellant NFEnergia, LLC ("NFE"), has filed an Emergency Motion to Stay Injunction Pending Appeal. NFE seeks a stay of a temporary restraining order issued in the District of Puerto Rico on September 26, 2025. This court has considered the papers filed on appeal and relevant portions of the district court record.

"'A stay is not a matter of right, even if irreparable injury might otherwise result.'" Nken v. Holder, 556 U.S. 418, 433 (2009) (quoting Virginian Ry. Co. v. United States, 272 U.S. 658, 672 (1926)). "The party requesting a stay bears the burden of showing that the circumstances justify an exercise of that discretion." Id. at 433-34. When deciding whether to exercise its discretion to grant a stay pending appeal, a court should consider the following four factors "'(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether

the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies.'" Id. at 434 (quoting Hilton v. Braunskill, 481 U.S. 770, 776 (1987)). "The first two factors . . . are the most critical." Id.

Based on the specific arguments set out in the stay motion, we conclude that defendant-appellant has failed to demonstrate that stay relief is in order. The motion for stay pending appeal is therefore denied. This order of denial is based on the specific arguments placed before the court in the motion papers and on the specifics of the district court's ruling. Proceedings regarding plaintiffs-appellees' request for a preliminary injunction are ongoing in the district court, and this ruling is without prejudice to the parties' pursuit of any specific argument as part of those proceedings and/or to any ruling the district court might render as to the preliminary injunction motion.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. Silvia L. Carreño-Coll
Ada García-Rivera, Clerk, United States District Court for the District of Puerto Rico
Giancarlo Font-Garcia
Miguel Antonio Nazario-Briceno Jr.
Dario Rivera-Carrasquillo
Francisco E. Colón-Ramirez
Luis M. Pavía-Vidal
Jose Ramón Rivera-Morales
David Zimmer
Jorge F. Blasini-Gonzalez
Manuel Porro-Vizcarra
Myrmarie Laborde-Vega
Andrés Picó Ramírez