No. 25-1923

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

CAPTAIN TOMAS BUSTO ÁLVAREZ; CAPTAIN CARLOS E. RAMOS; CAPTAIN RAY DÍAZ; CAPTAIN JACOB ELMSTROM; CAPTAIN RICHARD FLYNN CARO; CAPTAIN CARLOS GUTIÉRREZ; CAPTAIN PATRICK LÓPEZ, AND SAN JUAN BAY PILOTS CORPORATION,
*Plaintiffs-Appellees*,

v.

NFENERGIA, LLC, A NEW FORTRESS ENERGY SUBSIDIARY,
*Defendant-Appellant*.

On Appeal from the United States District Court for the District of Puerto Rico

## APPELLANT NFENERGIA, LLC'S UNOPPOSED MOTION TO DISMISS APPEAL PURSUANT TO RULE 42(b)(2)

After Appellant NFEnergia, LLC filed its notice of appeal in this case, the parties entered into a stipulation in the district court that "set aside" the district court order at issue in this appeal. *Elstrom v. NFEnergia*, D.P.R. No. 25-cv-1462, ECF No. 124 ¶ 9. Appellant therefore moves to voluntarily dismiss this appeal pursuant to Rule 42(b)(2), with each party to bear its own costs. Appellees do not oppose this motion.

Date: November 5, 2025

/s/ David J. Zimmer
David J. Zimmer
ZIMMER, CITRON & CLARKE LLP
130 Bishop Allen Drive
Cambridge, MA 02139
(617) 676-9421
dzimmer@zimmercitronclarke.com

# CERTIFICATE OF COMPLIANCE

I hereby certify that this document complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 71 words.  I further certify that this brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the brief has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 MSO.

Dated: November 5, 2025　　　　　　　　　　　/s/ David J. Zimmer
　　　　　　　　　　　　　　　　　　　　　　David J. Zimmer

# CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/EC system.  I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: November 5, 2025　　　　　　　　　　　/s/ David J. Zimmer
　　　　　　　　　　　　　　　　　　　　　　David J. Zimmer